1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      JUSTIN MARCUS ZINMAN,                    No.  2:24-cv-1307 CSK P

12                   Plaintiff,

13           v.

14      P. LLAMAS, et al.,                        ORDER

15                   Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to

18   42 U.S.C. § 1983.  Plaintiff paid the filing fee for this action.  In his complaint, plaintiff alleges

19   violations of his civil rights by defendants.  The alleged violations took place in Kings County,

20   which is part of the Fresno Division of the United States District Court for the Eastern District of

21   California.  See Local Rule 120(d).

22          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23   division of a court may, on the court's own motion, be transferred to the proper division of the

24   court.  Therefore, this action will be transferred to the Fresno Division of the court.

25          Good cause appearing, IT IS HEREBY ORDERED that:

26          1.  This action is transferred to the United States District Court for the Eastern District of

27   California sitting in Fresno; and

28   ////

                                           1

1       2.  All future filings shall reference the new Fresno case number assigned and shall be

2  filed at:

3
> United States District Court
> Eastern District of California
> 2500 Tulare Street

4
> Fresno, CA 93721

5

6  Dated:  May 8, 2024

7
_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

8

9

10  /1/zinm1307.22

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2